| | |
|---|---|
| 1 | Juanita Brooks (SBN 75934 / brooks@fr.com)<br>FISH & RICHARDSON P.C. |
| 2 | 12390 El Camino Real<br>San Diego, California 92130-2081 |
| 3 | Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| 4 | |
| 5 | Karen I. Boyd (SBN 189808 / boyd@fr.com)<br>Limin Zheng (SBN 226875 / zheng@fr.com)<br>FISH & RICHARDSON P.C. |
| 6 | 500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| 7 | Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| 8 | |
| 9 | Attorneys for Plaintiffs<br>UNITHER PHARMA, INC., THE BOARD OF TRUSTEES OF<br>THE LELAND STANFORD JUNIOR UNIVERSITY |
| 10 | and NEW YORK MEDICAL COLLEGE |
| 11 | Michael J. Bettinger<br>Timothy P. Walker, Ph.D. |
| 12 | Anup Tikku<br>PRESTON GATES & ELLIS LLP |
| 13 | 55 Second Street, Suite 1700<br>San Francisco, CA 94105 |
| 14 | Tel: (415) 882-8200<br>Fax: (415) 882-8220 |
| 15 | Attorneys Defendants and Counter-Claimants<br>THE DAILY WELLNESS COMPANY and |
| 16 | ADVANCED NUTRITIONAL BIOSYSTEMS, LLC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 19 | UNITHER PHARMA, INC. ET AL. | Case No. C02-05284 JW and<br>Related Case No. C03-0415 JW |
| 20 | Plaintiffs and Counter-Defendants, | |
| 21 | v. | **STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 22 | THE DAILY WELLNESS COMPANY ET AL. | |
| 23 | Defendants and Counter-Claimants. | |

**STIPULATION & [PROPOSED] ORDER** OF DISMISSAL WITH
PREJUDICE
Case No. C02-05284 JW and

1  Pursuant to agreement and stipulation between Plaintiffs and Counter-Defendants Unither
2  Pharma, Inc., The Board of Trustees of The Leland Stanford Junior University, and New York
3  Medical College, and Defendants and Counter-Claimants The Daily Wellness Company and
4  Advanced Nutritional Biosystems, LLC, and further pursuant to Federal Rule of Civil Procedure
5  41(a) and 41(c), the above consolidated actions, Case Nos. C02-05284 JW and C03-0415 JW, in
6  their entirety, including all claims in the complaint, and any cross-action or counterclaims filed
7  therein, are hereby dismissed with prejudice.  The parties shall bear their own costs and attorneys'
8  fees.

10 Dated:  October 13, 2006            FISH & RICHARDSON P.C.

                                       By:   /s/ Karen I. Boyd
                                             Karen I. Boyd

                                       Attorneys for Plaintiffs
                                       UNITHER PHARMA, INC., THE BOARD OF
                                       TRUSTEES OF THE LELAND STANFORD
                                       JUNIOR UNIVERSITY AND NEW YORK
                                       MEDICAL COLLEGE

18 Dated:  October 13, 2006            PRESTON GATES & ELLIS LLP

                                       By:   /s/ Anup Tikku
                                             Michael J. Bettinger
                                             Timothy P. Walker, Ph.D.
                                             Anup Tikku
                                             PRESTON GATES & ELLIS LLP
                                             55 Second Street, Suite 1700
                                             San Francisco, CA  94105
                                             Tel:  (415) 882-8200
                                             Fax:  (415) 882-8220

                                       Attorneys for Defendant and Counter-Claimants
                                       THE DAILY WELLNESS COMPANY and
                                       ADVANCED NUTRITIONAL BIOSYSTEMS,
                                       LLC.

1  IT IS SO ORDERED.

4  Dated:     10/17/2006                           _____
              The Hon. James Ware
              United States District Judge

3    STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**DECLARATION OF CONSENT**

I, Limin Zheng, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on October 13, 2006.


Dated: October 13, 2006					FISH & RICHARDSON P.C.


								By:   /s/ Limin Zheng
								        Limin Zheng

								Attorneys for Plaintiffs
								UNITHER PHARMA, INC., THE BOARD OF
								TRUSTEES OF THE LELAND STANFORD
								JUNIOR UNIVERSITY, and NEW YORK
								MEDICAL COLLEGE